UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

JENNIFER R. SCHUMSKY
   Plaintiff,

v.

CONSTITUTION LUBE, INC., KURT E.
PEDERSON, in his Official Capacity, KURT
E. PEDERSON, in his Individual Capacity

   Defendant.

CIVIL ACTION NO.
3:09CV-01850(SRU)

January 20, 2010

---

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT, KURT E. PEDERSON

The defendant, Kurt E. Pederson, submits his Answer and Affirmative Defenses to the Complaint dated November 12, 2009, filed by the plaintiff, Jennifer Schumsky, as follows:

### Preliminary Statement

1. Paragraph 1 sets forth a legal conclusion to which this defendant can neither admit nor deny. To the extent that an answer is required, this defendant expressly denies any violation of state common law.

### Jurisdiction and Venue

2. Paragraph 2 sets forth a legal conclusion to which no response is required. To the extent that an answer is required, this defendant admits

CARMODY & TORRANCE LLP
Attorneys at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

that the plaintiff alleges a claim that seeks to invoke federal question jurisdiction.

3.      Paragraph 3 sets forth a legal conclusion to which no response is required. To the extent that an answer is required, this defendant admits that venue in this district is proper.

4.      Paragraph 4 sets forth a legal conclusion to which no response is required. To the extent that an answer is required, this defendant admits that the plaintiff alleges claims that seek to invoke supplemental jurisdiction.

5.      Paragraph 5 sets forth a legal conclusion to which no response is required. To the extent that an answer is required, this defendant lacks sufficient information to admit or deny the allegation in Paragraph 5, and, therefore, leaves the plaintiff to her proof.

### Parties

6.      So much of Paragraph 6 that alleges "Plaintiff is a citizen for purposes of protective statutes" is a legal conclusion to which no response is required. This defendant admits that the plaintiff was employed by Constitution Lube, Inc. from on or about September 29, 2005 to on or about June 18, 2008. This defendant lacks information sufficient to admit or deny the remaining allegation of Paragraph 6 and, therefore, leaves the plaintiff to her proof.

CARMODY & TORRANCE LLP
Attorneys at Law
{W1777734}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

7. The defendant admits so much of Paragraph 7 alleging that Constitution Lube, Inc. is and was a corporation doing business in Hartford County, state of Connecticut. The remaining allegations set forth a legal conclusion to which no response is required.

8. The defendant admits that he is an owner and is president and chief executive office of Constitution Lube, Inc. The remaining allegations of Paragraph 8 allege a legal conclusion to which no response is required.

### Administrative Procedures

9. The defendant admits the allegations of Paragraph 9.

10. The defendant lacks information sufficient to either admit or deny the allegations of Paragraph 10 and, therefore, leaves the plaintiff to her proof.

11. The defendant lacks information sufficient to either admit or deny the allegations of Paragraph 11 and, therefore, leaves the plaintiff to her proof.

12. The defendant lacks information sufficient to either admit or deny the allegations of Paragraph 12 and, therefore, leaves the plaintiff to her proof.

### Statement of Claim

13. The defendant admits the allegations of Paragraph 13.

14. The defendant denies the allegations of Paragraph 14.

15. The defendant lacks knowledge sufficient to form a belief as to the meaning of the allegation that the plaintiff's "workstation was in a corner

3

CARMODY & TORRANCE LLP
Attorneys at Law
{W1777734}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

adjacent to" this defendant's office, and, therefore, leaves the plaintiff to her proof on Paragraph 15.

16. The defendant denies the allegations of Paragraph 16.

17. The defendant denies the allegations of Paragraph 17.

18. The defendant denies the allegations of Paragraph 18.

19. The defendant denies the allegations of Paragraph 19.

20. The defendant denies the allegations of Paragraph 20.

21. The defendant denies so much of Paragraph 21 alleging "to escape the unwanted touching perpetrated upon her by" the defendant. As to the remaining allegations of Paragraph 21, this defendant lacks knowledge sufficient to either admit or deny and, therefore, leaves the plaintiff to her proof.

22. The defendant denies the allegations of Paragraph 22.

23. The defendant admits so much of Paragraph 23 that alleges that Sean Porcher "was a partner of Constitution Lube based in California." As to the remaining allegations of Paragraph 23, this defendant lacks knowledge sufficient to either admit or deny and, therefore, leaves the plaintiff to her proof.

24. The defendant lacks information sufficient to form a belief as to the truth of the alleged conversation between the plaintiff and Mr. Porcher and,

4

CARMODY & TORRANCE LLP
Attorneys at Law
{W1777734}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

therefore, leaves the plaintiff to her proof. This defendant denies any remaining allegations of Paragraph 24.

25. The defendant denies so much of Paragraph 25 alleging he engaged in any "sexually harassing conduct alleged herein." As to the remaining allegations of Paragraph 25, this defendant lacks knowledge sufficient to either admit or deny and, therefore, leaves the plaintiff to her proof.

26. The defendant denies the allegations of Paragraph 26.

## COUNT ONE: Alleged Violation of Title VII by Defendant Constitution Lube Based On Sex (42 U.S.C. § 2000e, *et seq.*)

The defendant does not respond to the allegations contained in Count One as said Count is not directed against this defendant.

## COUNT TWO: Alleged Intentional Infliction of Emotional Distress Against Constitution Lube and Pederson Officially

1.- 26. The defendant incorporates his answers to Paragraphs 1 through 26 above as if fully set forth herein.

27. The defendant denies the allegations of Paragraph 27.

28. The defendant denies the allegations of Paragraph 28.

29. The defendant denies the allegations of Paragraph 29.

30. The defendant denies the allegations of Paragraph 30.

31. The defendant denies the allegations of Paragraph 31.

32. The defendant denies the allegations of Paragraph 32.

5

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
{W1777734}                Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

33. The defendant denies the allegations of Paragraph 33.

34. The defendant denies the allegations of Paragraph 34.

35. The defendant denies the allegations of Paragraph 35.

36. The defendant denies the allegations of Paragraph 36.

37. The defendant denies the allegations of Paragraph 37.

38. The defendant denies the allegations of Paragraph 38.

### COUNT THREE: Alleged Battery Against Constitution Lube and Pederson Officially

1.- 38. The defendant incorporates his answers to Paragraphs 1 through 28 above as if fully set forth herein.

39. The defendant denies the allegations of Paragraph 39.

40. The defendant denies the allegations of Paragraph 40.

41. The defendant denies so much of Paragraph 41 alleging "[a]s a result of the Defendants' harmful or offensive conduct with the Plaintiff ... ." As for the remaining allegations of said paragraph, the defendant lacks knowledge sufficient to admit or deny the allegations and, therefore, leaves the plaintiff to her proof.

42. The defendant denies the allegations of Paragraph 42

### COUNT FOUR: Alleged Intentional Infliction of Emotional Distress Against Pederson Individually

1.- 42. The defendant incorporates his answers to Paragraphs 1 through 42 above as if fully set forth herein.

6

CARMODY & TORRANCE LLP
Attorneys at Law
{W1777754}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

43. The defendant denies the allegations of Paragraph 43.

44. The defendant denies the allegations of Paragraph 44.

45. The defendant denies the allegations of Paragraph 45.

46. The defendant denies so much of Paragraph 46 alleging "[t]he foregoing conduct did in fact cause Plaintiff to suffer severe emotional distress, and as a proximate result of said conduct . . . ." As for the remaining allegations of said paragraph, the defendant lacks knowledge sufficient to admit or deny the allegations and, therefore, leaves the plaintiff to her proof.

47. The defendant denies the allegations of Paragraph 47.

### COUNT FIVE:  Alleged Battery Against Pederson Individually

1.- 47. The defendant incorporates his answers to Paragraphs 1 through 47 above as if fully set forth herein.

48. The defendant denies the allegations of Paragraph 48.

49. The defendant denies the allegations of Paragraph 49.

50. The defendant denies so much of Paragraph 50 alleging "[a]s a result of the harmful or offensive contact with the Plaintiff by Defendant Pederson Individually ... ." As for the remaining allegations of said paragraph, the defendant lacks knowledge sufficient to admit or deny the allegations and, therefore, leaves the plaintiff to her proof.

51. The defendant denies the allegations of Paragraph 51.

7

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## AFFIRMATIVE DEFENSES[1]

### First Affirmative Defense

The plaintiff's complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations.

### Third Affirmative Defense

The plaintiff's claims are barred in whole or in part by her failure to exhaust her administrative remedies, including without limitation her failure to file a complaint under the "Policy of Harassment" as contained in the Employee Handbook.

### Fourth Affirmative Defense

The plaintiff has failed to state a claim, in whole or in part, that would entitle her to an award of punitive damages and/or attorneys' fees under the Connecticut common law.

---

[1] The defendant asserts these several affirmative defenses without assuming any burden of proof, production or persuasion that it otherwise would not have.

8

CARMODY & TORRANCE LLP
Attorneys at Law
{W1777734}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

### Fifth Affirmative Defense

The plaintiff is not entitled to compensatory damages as she has failed to mitigate her damages.

### Sixth Affirmative Defense

The defendant, Kurt E. Pederson, in his official capacity, is not a proper party to this Action.

9

CARMODY & TORRANCE LLP   50 Leavenworth Street
{W4777734} Attorneys at Law   Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

WEHREFORE, Defendant respectfully requests that this Court:

1. Deny each and every demand, claim, and prayer for relief contained in the Complaint;

2. Award to Defendant reimbursement for reasonable attorneys' fees and costs incurred in defending this meritless and vexatious action; and

3. Grant such other and further relief that the Court may deem just and proper.

DEFENDANT, KURT E. PEDERSON

Giovanna Tiberii Weller
Federal Bar No. ct11187
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203-573-1200
Fax:   203-575-2600
Email: gweller@carmodylaw.com

CARMODY & TORRANCE LLP
Attorneys at Law
{W1777734}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010, a copy of the foregoing Answer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Giovanna Tiberii Weller
Federal Bar No. ct11187
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: 203 573-1200
Fax: 203 575-2600
Email: gweller@carmodylaw.com

CARMODY & TORRANCE LLP
Attorneys at Law
{W1777734}
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200