UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER R. SCHUMSKY,<br>Plaintiff<br><br>v.<br><br>CONSTITUTION LUBE, INC.;<br>KURT E. PEDERSON, IN HIS<br>OFFICIAL CAPACITY;<br>KURT E. PEDERSON, IN HIS<br>INDIVIDUAL CAPACITY,<br>Defendants | Civil Action No. 3:09-CV-1850 (SRU)<br><br><br><br><br><br><br><br>MARCH 2, 2011 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants, Constitution Lube, Inc. and Kurt E. Pederson ("Defendants"), respectfully move for a Protective Order to prevent Plaintiff from conducting the deposition of John Gabriel on Friday, March 4, 2011. In support of this motion, Defendants state as follows:

1. On February 10, 2011, the Court granted Defendants' motion to extend the pretrial deadlines in this matter. Pursuant to the Court's order, discovery is scheduled to close in this case on April 11, 2011.

2. On February 23, 2011 at the end of Kurt Pederson's deposition, Attorney Garofalo and Attorney Chambers ("Plaintiff's counsel") discussed seeking an extension of the pretrial deadlines to provide the parties additional time to find mutually convenient dates to schedule the remaining depositions in this matter.

3. On or about February 25, 2011, Plaintiff's counsel issued a subpoena for the deposition of John Gabriel on Friday March 4, 2011 in Hartford, Connecticut beginning at

11am. (Exhibit 1). Plaintiff's counsel also issued a subpoena for the deposition of Jessica Easler on Monday March 7, 2011 in Bangor, Maine beginning at 12pm. (Exhibit 2).

    4.  On February 28, 2011, Attorney Garofalo sent Plaintiff's counsel a letter explaining that she was unavailable on Friday, March 4, 2011 due to a previously scheduled out-of-state business trip and on Monday, March 7, 2011 because of a scheduling conflict. (Exhibit 3). Attorney Garofalo is currently in Minneapolis, Minnesota on a business trip and is scheduled to return to Hartford, Connecticut Friday March 4, 2011 at 12:50pm. (Exhibit 4). As such, she is unavailable to attend the deposition of John Gabriel beginning at 11am that day. In the letter dated February 28, 2011, Attorney Garofalo referenced a conversation earlier in the day between Attorney Giovanna Weller, Counsel for Defendant Kurt Pederson, and Plaintiff's counsel. In that conversation, Plaintiff's counsel represented to Attorney Weller that she was amenable to extending the discovery deadlines in this matter. Defendants are in the process of preparing a joint motion for Plaintiff's counsel review to extend the pretrial deadlines in this case.

    5.  By email dated March 1, 2011 at 2:39pm, Plaintiff's counsel acknowledged receipt of Attorney Garofalo's letter of February 28, 2011. (Exhibit 5). Plaintiff's counsel requested a proposed joint motion to extend the discovery period in this matter as well as the <u>Taylor v. Constitution Lube; Kurt E. Pederson</u> (3:10-cv-0015) case. Plaintiff's counsel also stated "[p]lease provide me with dates that everyone is available for the **Gabriel**, Easler, and Markunas depositions." (emphasis added)(Exhibit 5).

    6.  In direct contradiction of her March 1st email and knowing that Attorney Garofalo was unavailable for the depositions of John Gabriel and Jessica Easler as indicated in the subpoenas, Plaintiff's counsel sent an email dated March 2, 2011 at 5:52am, stating the following:

2

> "Please be advised that we have decided to proceed with the John Gabriel deposition on Friday, March 4, 2011. As for the other depositions, as indicated in my reply email of 3/1/2011, we are amenable to agreeing on alternative dates pursuant to a revised scheduling order, should the court allow any such requested extension. Thank you." (Exhibit 6).

7. In a response email dated March 2, 2011 at 6:08am, Attorney Garofalo once again requested that Plaintiff's counsel reschedule the deposition of John Gabriel based on the short notice and the agreement that the parties reached to request an extension of the pretrial deadlines in this matter. (Exhibit 7). Plaintiff's counsel did not respond to Attorney Garofalo's email.

8. Attorney Weller also sent Plaintiff's counsel an email dated March 2, 2011 at 10:48am, noting her concerns about going forward with the deposition of John Gabriel on a date where Attorney Garofalo is out of the state. (Exhibit 8). Attorney Weller also left a voicemail message for Plaintiff's counsel. She did not respond to Attorney Weller's voicemail or email.

9. As Exhibits 1 – 8 illustrates, Defendants attempted to confer in good faith with Plaintiff's counsel to schedule the deposition of John Gabriel on a date mutually convenient for all parties to attend. However, Plaintiff's counsel provided Defendants no recourse but to seek judicial intervention to prevent the deposition from going forward.

10. Plaintiff's counsel has demonstrated no rational basis for proceeding with John Gabriel's deposition on March 4th. There is no urgency for John Gabriel's deposition to go forward on that date as discovery does not close in this matter until April 11, 2011 – without the proposed joint motion to extend the discovery period. Moreover, Plaintiff's counsel issued the subpoena for John Gabriel's deposition with approximately one-week's notice and provided Defendants no prior notice of her intent to depose him on March 4th. In addition, Plaintiff's

3

counsel has not articulated any reason for her insistence on proceeding with the deposition of John Gabriel on March 4th. Defendants have worked diligently to schedule depositions in this matter on dates that are mutually convenient to all parties involved. Defendants will attempt to treat the deposition of John Gabriel in a similar matter.

WHEREFORE, Defendants respectfully move for a Protective Order preventing Plaintiff from conducting the deposition of John Gabriel on Friday March 4, 2011.

Respectfully Submitted:

DEFENDANT,
CONSTITUTION LUBE, INC.,

By: /s/ Beverly W. Garofalo
Beverly W. Garofalo (ct 11439)
Akintokunbo Akinbajo (ct 27965)
Jackson Lewis LLP
90 Statehouse Square, 8th Floor
Hartford, CT 06103
Tel: (860) 522-0404
Fax: (860) 247-1330
Email: garofalob@jacksonlewis.com
Email: akinbaja@jacksonlewis.com


DEFENDANT,
KURT E. PEDERSON

By: /s/ Giovanna Tiberii Weller
Giovanna Tiberii Weller (ct11187)
Carmody & Torrance LLP
50 Leavenworth Street
Waterbury, Connecticut 06702
Tel: (203) 575-2651
Fax: (203) 575-2600
Email: gweller@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on March 2, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Akintokunbo Akinbajo*
Akintokunbo Akinbajo

4831-5661-2360, v. 14824-3406-2088, v. 2